IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KIMBERLY MYHRE and KYLE MYHRE,<br><br>Plaintiff,<br><br>vs.<br><br>VROOM AUTOMOTIVE, LLC f/k/a LEFT GATE PROPERTY HOLDING, LLC, d/b/a VROOM, WESTLAKE FINANCIAL SERVICES, LLC d/b/a WESTLAKE FINANCIAL; EXPERIAN; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC, and JOHN DOES 1-10,<br><br>Defendants. | CV 24-28-H-BMM-KLD<br><br>ORDER |

Defendant Westlake Financial Services, LLC has filed a Motion to Dismiss pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. 26). Accordingly,

IT IS ORDERED that the preliminary pretrial conference currently set for August 14, 2024 and related deadlines are hereby VACATED, and will be reset

//

//

1

after the Court rules on Westlake Financial Services, LLC's motion to dismiss.

DATED this 9th day of July, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge