IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KIMBERLY MYHRE and KYLE MYHRE,<br><br>Plaintiffs,<br><br>-vs-<br><br>VROOM AUTOMOTIVE, LLC f/k/a LEFT GATE PROPERTY HOLDING, LLC, d/b/a VROOM, WESTLAKE FINANCIAL SERVICES, LLC d/b/a WESTLAKE FINANCIAL; EXPERIAN; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC, and JOHN DOES 1-10,<br><br>Defendants. | CV 24-28-H-BMM-KLD<br><br>ORDER |

Pursuant to Plaintiffs' Response to Westlake's Motion to Dismiss Filed at Doc. No. 26 and Stipulation to Relief (Doc. 39),

IT IS ORDERED that Plaintiff Kyle Myhre's claim under the Fair Credit Reporting Act ("FCRA"), asserted in Count II of Plaintiffs' Complaint, is dismissed.

IT IS FURTHER ORDERED that both Plaintiffs' claims for negligence, asserted in Count III of Plaintiffs' Complaint, against Defendant Westlake Services, LLC[1] dba Westlake Financial ("Westlake") are preempted by the federal Fair Credit Reporting Act and thus are dismissed.

Plaintiff Kimberly Myhre is to file an amended complaint by August 30, 2024.

---

[1] Westlake is named in the case caption as Westlake Financial Services, LLC. Westlake contends this is erroneous and that its legal name is Westlake Services, LLC.

DATED this 20th day of August, 2024.

_____
Brian Morris, Chief District Judge
United State District Court