# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| KIMBERLY MYHRE and KYLE MYHRE,<br><br>Plaintiffs,<br><br>v.<br><br>VROOM AUTOMOTIVE, LLC f/k/a LEFT GATE PROPERTY HOLDING, LLC, d/b/a VROOM, WESTLAKE FINANCIAL SERVICES, LLC d/b/a WESTLAKE FINANCIAL; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; and TRANSUNION<br><br>Defendants. | Cause No. 6:24-cv-00028-BMM-KLD<br><br><br>**ORDER DISMISSING EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Plaintiffs' and Experian Information Solutions, Inc's Stipulation of Dismissal, and good cause appearing,

IT IS ORDERED that Experian Information Solutions, Inc is hereby DISMISSED.

DATED this 21st day of August, 2024.

_____
Brian Morris, Chief District Judge
United States District Court