# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| KIMBERLY MYHRE and KYLE MYHRE,<br><br>Plaintiffs,<br><br>v.<br><br>VROOM AUTOMOTIVE, LLC f/k/a LEFT GATE PROPERTY HOLDING, LLC, d/b/a VROOM, WESTLAKE FINANCIAL SERVICES, LLC d/b/a WESTLAKE FINANCIAL; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; and TRANSUNION<br><br>Defendants. | Cause No. 6:24-cv-00028-BMM-KLD<br><br>**ORDER DISMISSING TRANS UNION, LLC** |

Pursuant to Plaintiffs' and Trans Union's Stipulation of Dismissal, and good cause appearing,

IT IS ORDERED that Trans Union, LLC is hereby DISMISSED.

DATED this 21st day of August, 2024.

_____
Brian Morris, Chief District Judge
United States District Court

Stipulation of Dismiss