IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KIMBERLY MYHRE and KYLE MYHRE, | CV 24-28-H-BMM-KLD |
| Plaintiff, | |
| vs. | ORDER |
| VROOM AUTOMOTIVE, LLC f/k/a LEFT GATE PROPERTY HOLDING, LLC, d/b/a VROOM, WESTLAKE FINANCIAL SERVICES, LLC d/b/a WESTLAKE FINANCIAL; EXPERIAN; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC, and JOHN DOES 1-10, | |
| Defendants. | |

Defendant Westlake Financial Services moves for the admission of David M. Gettings to practice before this Court in this case with Bruce M. Spencer to act as local counsel. Mr. Gettings' application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit David Gettings pro hac vice is GRANTED on the condition that Mr. Gettings shall do his own work. This means that Mr. Gettings must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website,

1

www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Gettings, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 11th day of April, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge