IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KIMBERLY MYHRE and KYLE MYHRE,<br><br>Plaintiff,<br><br>vs.<br><br>VROOM AUTOMOTIVE, LLC f/k/a LEFT GATE PROPERTY HOLDING, LLC, d/b/a VROOM, WESTLAKE FINANCIAL SERVICES, LLC d/b/a WESTLAKE FINANCIAL; and JOHN DOES 1-10,<br><br>Defendants. | CV 24-28-H-BMM-KLD<br><br>ORDER |

Defendant Westlake Financial Services, LLC moves for the admission of Sarah T. Reise to practice before this Court in this case with Bruce M. Spencer to act as local counsel. Ms. Reise's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Westlake Financial's motion to admit Sarah Reise pro hac vice is GRANTED on the condition that Ms. Reise shall do her own work. This means that Ms. Reise must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website,

1

www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Reise, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 25th day of June, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge